In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-21-00095-CV**

**IN RE DUANE T. CORLEY**

**Original Proceeding**
**County Court at Law No. 2 of Montgomery County, Texas**
**Trial Cause No. 19-12-16524-CV**

**MEMORANDUM OPINION**

Relator Duane T. Corley filed a petition for writ of mandamus. Corley is the plaintiff in cause number 19-12-16524-CV, styled *Duane T. Corley v. Jamie Fernandez and Charles Ciaramitaro*. Corley seeks a writ compelling the Honorable Claudia Laird, Judge of the County Court at Law No. 2, to set aside her order granting the motion for new trial filed by the real parties in interest, Jamie Fernandez and Charles Ciaramitaro. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221.

Relator alleges that if further proceedings occur in the trial court before the issues raised in the petition can be resolved, such proceedings might interfere with

1

this Court's ability to meaningfully review the trial court's order and will cause relator to incur additional attorney's fees. The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that all further proceedings in cause number 19-12-16524-CV are STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relator as a condition to any relief herein granted. The response of the real parties in interest to the petition for writ of mandamus is due on May 17, 2021.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED May 6, 2021.

PER CURIAM

Before Golemon, C.J., Horton and Johnson, JJ.

2